STATE of Missouri, Respondent,

v.

Wesley BATES, Jr., Appellant.

Wesley BATES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 65707, 67559.

Missouri Court of Appeals,
Eastern District.

Dec. 5, 1995.

Robert B. Ramsey, Pratt, Bradford & Tobin, P.C., East Alton, Ill., for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, C.J., and SIMON and BLACKMAR, JJ.

### ORDER

PER CURIAM.

Appellant, Wesley Bates, J.R., appeals from his sentence of fifteen years for the Class A Felony of trafficking in the second degree, § 195.233 RSMo.1994. This appeal is consolidated with an appeal from the dismissal of appellant's motion to vacate judgment and sentence under Rule 29.15. The judgment of conviction is affirmed. Rule 30.25(b). The dismissal of post-conviction relief is affirmed. Rule 84.16(b).

John BLANKENSHIP,
Plaintiff/Appellant,

v.

Charles HUCKSTEP, d/b/a HUCK-STEP OIL COMPANY, Defendant/Respondent.

No. 67909.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 5, 1995.

Jeffrey P. Hine, Oliver, Oliver & Waltz, P.C., Cape Girardeau, for appellant.

Walter S. Drusch, Lowes & Drusch, Cape Girardeau, for respondent.

Before CRANE, C.J., SIMON, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Plaintiff appeals the grant of summary judgment in favor of defendant claiming that a genuine issue as to a material fact existed. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).